1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANGEL MORALES HERNANDEZ,

11              Petitioner,                    No. CIV S-07-2376 MCE DAD P

12         vs.

13   DERRAL G. ADAMS,

14              Respondent.                    ORDER

15   _____/

16              Petitioner, a state prisoner at Corcoran State Prison, has filed a document that

17   appears to be objections to the California Supreme Court's order, denying his petition for writ of

18   habeas corpus.  No other pleadings have been filed by the petitioner.  In order to commence an

19   action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules

20   Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an

21   application requesting leave to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a), 1915(a).

22   The court will not issue any orders granting or denying relief until an action has been properly

23   commenced.  Petitioner will be provided the opportunity to file his petition, and to submit an

24   application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

25   /////

26   /////

1

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Petitioner is granted thirty days from the date of service of this order to file a

3   petition that complies with the requirements of the Rules Governing Section 2254 Cases, the

4   Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the

5   docket number assigned this case.  Petitioner shall also submit, within thirty days from the date

6   of this order, the application to proceed in forma pauperis on the form provided by the Clerk of

7   Court, or the filing fee in the amount of $5.00.  Petitioner's failure to comply with this order will

8   result in a recommendation that this matter be dismissed; and

9        2.  The Clerk of the Court is directed to send petitioner the court's form for filing

10  a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a

11  prisoner.

12  DATED: November 9, 2007.

13

14  _____

15  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

16  DAD/9/bb
    hern2376.nop

17

18

19

20

21

22

23

24

25

26