UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL HERNANDEZ | ) | 1:08-cv-00254 LJO WMW (HC) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| v. | ) | MOTION DEMANDING A RESPONSE |
| | ) | |
| DERRAL ADAMS, Warden | ) | [Doc. #11] |
| | ) | |
| Respondent. | ) | |
| | ) | |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 5, 2008, Petitioner filed a motion demanding a response from the court with regard to the status of his case.  On December 9, 2008, this Court ordered that respondent file a response to the petition.  Respondent filed a motion to dismiss on February 9, 2009.  Because the case is moving forward and Petitioner has received copies of all of the filings mentioned above, there is no need for this Court to comment further on the status of the case and Petitioner's motion is hereby DENIED as moot.

IT IS SO ORDERED.

1 | **Dated:     February 11, 2009**              /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court
E. D. California                                           2