UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL MORALES HERNANDEZ, | ) | 1:08-cv-00254 LJO YNP [DLB] (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATION |
| | ) | [Doc. #50] |
| v. | ) | |
| | ) | ORDER DENYING RESPONDENT'S MOTION TO DISMISS |
| | ) | |
| DARREL G. ADAMS, Warden, | ) | ORDER LIFTING STAY |
| | ) | |
| Respondent. | ) | ORDER REFERRING PETITION TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Magistrate Judge issued a Findings and Recommendation on February 18, 2010, that recommended that Respondent's motion to dismiss for failure to exhaust be DENIED. The Magistrate Judge further recommended that the Clerk be directed to stay the case pending exhaustion and that Petitioner be directed to file status reports every sixty days. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On March 15, 2010, Petitioner filed objections to the Findings and Recommendation. (Doc. #51.) Petitioner objected to the recommendation that the case be stayed pending exhaustion and provided proof that the State superior, appellate, and supreme courts have all denied his petitions for

writ of habeas corpus. (See Objections to Findings and Recommendation, Exs. B-D.) In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.

Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis with regard to Respondent's motion to dismiss. However, due to the fact that Petitioner has now exhausted his claims in State court, the Court declines to adopt the recommendation that the petition be stayed. Furthermore, seeing as how there was a previous order by this Court staying this case, (Doc. #43; see also Findings and Recommendation, 2) the stay is hereby lifted and the case is referred back to the magistrate judge for further proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 18, 2010, is ADOPTED IN PART;

2. Respondent's motion to dismiss is DENIED;

3. The stay on the case is LIFTED; and

4. The case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   March 18, 2010**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE